(131 So. 921)

∎

## J. J. JORDAN et al. v. PAYNE BROS. et al.
### 6 Div. 897.

Court of Appeals of Alabama.
Nov. 28, 1930.

PER CURIAM.

Appeal dismissed for want of prosecution.

(135 So. 924)

∎

## Burnett JORDAN v. STATE.
### 2 Div. 463.

Court of Appeals of Alabama.
May 19, 1931.

Rehearing Denied June 30, 1931.

RICE, J.
Affirmed.

(130 So. 923)

∎

## Hamp JORDAN v. STATE.
### 4 Div. 751.

Court of Appeals of Alabama.
Nov. 18, 1930.

BRICKEN, P. J.

From a judgment of conviction in said court, for the offense of carrying a concealed pistol about his person or on premises not his own or under his control, this appeal was taken, and is here submitted upon the record proper only; there being no bill of exception.

Let the judgment of conviction in the lower court stand affirmed, as no error is apparent on the record.

Affirmed.

(130 So. 923)

∎

## Hamp JORDAN v. STATE.
### 4 Div. 752.

Court of Appeals of Alabama.
Nov. 11, 1930.

SAMFORD, J.
Affirmed.

(137 So. 922)

∎

## Sip KIDD v. Wm. H. HOLCOMBE, Sheriff, etc.
### I Div. 34.

Court of Appeals of Alabama.
Nov. 17, 1931.

SAMFORD, J.
Affirmed.

(130 So. 923)

∎

## Walter KIMBROUGH v. STATE.
### I Div. 982.

Court of Appeals of Alabama.
Nov. 18, 1930.

RICE, J.
Affirmed.

(131 So. 921)

∎

## H. L. KING et al. v. Charles H. JONES.
### 4 Div. 682.

Court of Appeals of Alabama.
Nov. 7, 1930.

PER CURIAM.

Appeal dismissed for want of prosecution